# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TESSA N. ROBNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-362-CG |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 13, 2017, the Court entered an Order and a Judgment reversing the final decision of the Acting Commissioner and remanding this case for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g). Plaintiff Tessa N. Robnett has timely requested an award of attorney's fees in the amount of $5477.50 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Pl.'s Mot. (Doc. No. 26). On May 16, 2017, the parties jointly filed a document in which they stipulate to an EAJA fee award in the amount of $5200.00. Amend. Stipulation (Doc. No. 29).

Having considered the Motion and the relevant record, the Court finds that $5200.00 is a reasonable award for the amount of time Plaintiff's attorney spent on this matter. Accordingly, the Court GRANTS IN PART Plaintiff's request (Doc. No. 26) and awards EAJA fees in the amount of $5200.00, with said amount to be paid directly to Plaintiff and sent in care of attorney Lisa J. McNair Palmer, AAA Disability Advocates PC, 7906 East 55th Street, Tulsa, Oklahoma 74145. If attorney's fees are also awarded under 42 U.S.C.

§ 406(b), Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 5th day of June, 2017.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
UNITED STATES MAGISTRATE JUDGE